| Date | Pleading Number | |
|---|---|---|
| 10/7/75 | 1. | MOTION & SUPPORTING BRIEF -- of Delta Air Lines, Inc., w/supporting exhibits as complaints, petition for preliminary relief, miscellaneous orders, statement of interests, 1404(a) motion to transfer, motion to intervene as plaintiff, intevenor's complaint (Exhibits A thru P). Exhibit A attached to supporting brief is "Memorandum & Order Denying Plaintiff's Motion for Voluntary Dismissal Without Prejudice." Certificate of Servicd on involved counsel and clerks of involved district courts. REQUESTED TRANSFEREE FORUM: Southern District of Texas (Houston) REQUESTED TRANSFEREE JUDGE: Judge James Noel |
| 10/17/75 | | APPEARANCES -- D. L. Horton for Equal Employment Opportunity Commission G. K. McDonald for Intervenor Pltf. Virginia L. Curlee R. B. Wallace for Plaintiff Lynn Mauzy, et al. H. A. Gaines for plaintiff Maureen Cox S. F. Davis for defendant Delta Air Lines, Inc. |
| 10/21/75 | 2 | RESPONSE-MEMORANDUM -- MAUREEN COX w/cert. of service |
| 10/22/75 | 3 | RESPONSE -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION w/cert of service |
| 10/22/75 | 4 | RESPONSE -- LYNN MAUZY, et al. w/MOTION TO ADD ADDITIONAL ACTION Equal Employment Opportunity Commission v. Delta Air Lines, Inc., C75-404A, N.D. Georgia |
| 10/23/75 | 5 | RESPONSE -- VIRGINIA L. CURLEE, INTERVENOR w/cert. of service |
| 10/24/75 | | JUSTIFICATION FOR APPEARANCE of Intervenor Pltf. Virginia L. Curlee to have individual counsel listed in addition to EEOC. |
| 10/31/75 | 6 | REPLY BRIEF -- DELTA w/cert of service |
| 11/11/75 | | HEARING ORDER -- Setting A-1 through B-1 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 12/1/75 | | ORDER -- AMENDMENT TO HEARING ORDER -- to add motion of the MAUZY, ET AL. to transfer litigation to N.D. Georgia |
| 12/12/75 | 7 | SUPPLEMENTAL RESPONSE -- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION w/cert. of service |
| 4/15/76 | | OPINION AND ORDER -- TRANSFER OF LITIGATION DENIED UNDER §1407 |

DOCKET NO. 230 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

IN RE DELTA AIR LINES, INC. FLIGHT ATTENDANT WEIGHT STANDARDS LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 12/12/76

Date(s) of Opinion(s) or Order(s) 4/15/76

Consolidation Ordered ____   Name of Transferee Judge ____

Consolidation Denied  x     Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Equal Employment Opportunity Commission v. Delta Air Lines, Inc. | S.D.Tex. Noel | 74-H-918 | | | | |
| A-2 | Lynn T. Mauzy, et al. v. Delta Air Lines, Inc. (*) | S.D.Tex. | 74-H-918 | | | | |
| A-3 | Maureen Cox v. Delta Air Lines, Inc. | S.D.Fla. | 75-1639-Civ-CA | | | | |
| B-1 | Equal Employment Opportunity Commission v. Delta Air Lines, Inc. | N.D.Ga. O'Kelly | 75-404-A | | | | Mauzy Motion 10/22/75 |

(*) Transferred from the E.D. Louisiana and consolidated with A-1 above.

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 230 -- IN RE DELTA AIR LINES, INC. FLIGHT ATTENDANT WEIGHT STANDARDS LITIGATION

| Plaintiff | Defendant |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  (A-1)<br>David Horton, Esquire<br>Denver Regional Litigation Center<br>Equal Employment Opportunity Commn.<br>1531 Stout St., 6th Floor<br>Denver, Colorado   80202<br><br>VIRGINIA L. CURLEE (INTERVENOR PLAINTIFF A-1)<br>Mrs. Gabrielle K. McDonald<br>McDonald and McDonald<br>1834 Southmore Boulevard, Suite 203<br>Houston, Texas   77004<br><br>LYNN MAUZY, ET AL.  (A-2)<br>Robert Bruce Wallace, Esquire<br>Lawyers Committee for Civil Rights<br>    Under Law<br>733  15th St., N.W.<br>Washington, D.C.   20006<br><br>MAUREEN COX  (A-3)<br>Harry A. Gaines, Esquire<br>700 Brickell Avenue<br>Suite PH 1003 Security Trust Bldg.<br>Miami, Florida   33131 | DELTA AIR LINES, INC.<br>Sidney F. Davis, Esquire<br>Asst. Vice President-Corporate<br>    Legal Affairs<br>Delta Air Lines, Inc.<br>Atlanta Airport<br>Atlanta, Georgia   30320 |